# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Smith v. DOES / DC Water & Sewer Authority .......... | 16–AA–577 | 07/20/2017 | Affirmed | Compensation Review Board |
| Hensly v. Does/Cheechi & Co. .................... | 16–AA–668 | 07/20/2017 | Remanded | Compensation Review Board |
| Fermo v. Naim ............. | 16–CV–341 | 07/18/2017 | Vacated and Remanded | Motley |
| Elghannam v. Educational Testing Service ........... | 16–CV–354 | 07/18/2017 | Affirmed | Beck |
| Johnson v. US .............. | 15–CT–1155 | 07/10/2017 | Affirmed | Howze |
| Smith v. U.S. ............... | 16–CF–492 | 07/10/2017 | Affirmed in part, Vacated in part | Pan |
| Daniels v. U.S. ............. | 16–CO–516 | 07/10/2017 | Affirmed | Puig-Lugo |
| Williams, In re ............. | 15–PR–1145 | 07/07/2017 | Affirmed in part, Vacated in part, Remanded in part | Christian |
| Session v. Harris ........... | 16–FM–733 | 07/07/2017 | Vacated and Remanded | Dixon, Jr. |
| Graham v. U.S. ............. | 14–CO–1042 | 07/06/2017 | Affirmed | Lee |
| Legette v. U.S. ............. | 15–CO–803 | 07/06/2017 | Affirmed | Leibovitz |
| Bynum v. U.S. .............. | 16–CM–159 | 07/05/2017 | Reversed | Keary |